# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**HOLLY SWEAT**

    vs.                    **CASE NUMBER: 1:08-CV-1108 (FJS/VEB)**

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came tohearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge Victor E. Bianchini is ACCEPTED in its entirety, therefore Plaintiff's Motion for Judgment on the Pleadings is GRANTED, Defendant's Motion for Judgment on the Pleadings is DENIED, the decision of the Commissioner is REVERSED and this case is REMANDED pursuant to sentence four of 42 USC section 405(g) for further administrative proceedings.

All of the above pursuant to the order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 24th day of June, 2011.

DATED: June 24, 2011

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk